IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 02-1177-GPM |
| | ) |
| DONALD N. SNYDER, JR., et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on a motion to accept refiled objection to Magistrate Judge Frazier's Order denying Plaintiff's motion for appointment of counsel and said objection (Doc. 95).

On November 13, 2006, this Court granted Plaintiff's motion for extension of time to submit an objection concerning the denial of his motion for appointment of counsel (*see* Doc. 80). Plaintiff was given up to and including January 12, 2007, to file his objection. The instant motion and objection were filed on December 20, 2006. Because the motion to accept refiled objection was timely filed, it is **GRANTED**.

Pursuant to Southern District of Illinois Local Rule 73.1(a), "[a]ny party may file for reconsideration of a Magistrate Judge's order determining a motion or matter under Local Rule 72.1(c) within ten (10) days after issuance of the Magistrate Judge's order, unless a different time is prescribed by the Magistrate Judge or a District Judge." Local Rule 73.1(a) further provides that the "District Judge of the Court shall reconsider the matter and shall set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law."

After a careful review of the record, the Court finds nothing clearly erroneous or contrary to law in Magistrate Judge Frazier's September 19, 2006 Order. Accordingly, Plaintiff's objection (Doc. 95) is **OVERRULED**.

**IT IS SO ORDERED.**

DATED: 01/30/07

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge